United States District Court
Southern District of Texas
**ENTERED**
July 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JIM WINTER,<br>    "Plaintiff," §§§<br><br>v. §<br>       §<br>EL CASTILE CONDOMINIUM §<br>HOMEOWNER'S ASSOCIATION, INC., §<br>    "Defendant." § | Civil Action No. 1:22-cv-00142 |

## Order

The Court is in receipt of the parties' "Advisory to the Court of Settlement" (Dkt. No. 16). The parties are instructed to file the appropriate documentation, including an Agreed Judgment, within thirty (30) days. If the parties fail to do so, the Court will enter a dismissal order *sua sponte* on **August 14, 2024**. The Court hereby **ABATES** all pending hearings and deadlines until this date.

Signed on July 15, 2024.

_____
Rolando Olvera
United States District Judge