United States District Court
Southern District of Texas
**ENTERED**
September 19, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JIM WINTER, § | |
|    "Plaintiff," § | |
| § | |
| v. § | Civil Action No. 1:22-cv-00142 |
| § | |
| EL CASTILE CONDOMINIUM § | |
| HOMEOWNER'S ASSOCIATION, INC., § | |
|    "Defendant." § | |

## ORDER

Before the Court is the parties' "Advisory to the Court of Settlement" ("Notice") (Dkt. No. 16). The Notice was filed July 10, 2024. The Court ordered the parties to file appropriate dismissal documents within thirty days and advised it would dismiss the case *sua sponte* if the parties did not comply. Dkt. No. 17. The Court later granted a joint motion to extend this deadline to September 13, 2024. Dkt. No. 19. Two days before this deadline, Defendant advised the Court that it was "unsuccessful in obtaining a signed release and executed dismissal documents from Plaintiff despite a signed mediated settlement agreement." Dkt. No. 20.

Rule 41(b) of the Federal Rules of Civil Procedure permits a court to dismiss an action *sua sponte* for failure to prosecute or follow court orders. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988). As of September 13, 2024, Plaintiff breached this Court's order. For this reason, this case is **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close the case.

Signed on September 19, 2024.

                                                        Rolando Olvera
                                                      United States District Judge